UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

Honorable Jennifer L. Thurston
United States Magistrate Judge
Fresno, California

                            **RE:**  **KIMBERLY J. RODRIGUEZ**
                                     **Docket Number:  1:02MJ20760-01**
                                       <u>**Requested Dismissal of Probation**</u>
                                       <u>**Violation/Failure to Appear Warrant**</u>

Your Honor:

This memorandum is to request the Court vacate and recall the Petition for Summons on a probation violation, and the subsequent warrant issued for the defendant's failure to appear.

The Ninth Circuit Court of Appeals' decision in <u>U.S. v. Vargas-Amaya</u>, 389 F. 3d 901 (2004) ruled that a Court's jurisdiction to revoke supervision beyond the term of supervision ordered, is extended if the warrant was issued "upon probable cause, supported by Oath or Affirmation," as required by the Fourth Amendment. On violation Petitions issued prior to 2004, there was no oath or affirmation in our Petitions; therefore, on this defendant's Petition, there is no oath or affirmation.

On June 10, 2003, the above defendant appeared before United States Magistrate Judge Theresa A. Goldner in Edwards, California, for sentencing based on violation of 21 USC 844, Possession of Methamphetamine. She was placed on 24 months probation, ordered to pay a $25 special assessment, and abide by mandatory drug testing. In addition to standard conditions, she was ordered to submit to warrantless search and seizure by the probation officer, participate in drug testing, mental health treatment, and parenting counseling.

On January 12, 2004, the probation officer filed a Petition for Summons for a violation of probation. On May 11, 2004, the defendant admitted the Petition and the matter was continued to July 1, 2004, for disposition. The defendant failed to appear, and the matter

RE:   KIMBERLY J. RODRIGUEZ
Docket Number:   1:02MJ20760-001
<u>Request for Dismissal of Petition and Warrant</u>

was continued to August 10, 2004; however, she again failed to appear. The matter was continued to September 14, 2004. (On August 13, 2004, the Court issued a warrant for the defendant's arrest for Failure to Appear, and bail was set at $5,000).

On September 14, 2004, the defendant again failed to appear and the Court issued a warrant for the defendant's arrest, with bail set at $10,000. The warrant remains outstanding.

Based on the decision in <u>U.S. v. Vargas-Amaya</u>, it is recommended the Court recall the warrant and dismiss the case.

Respectfully submitted,

/s/ Rick C. Louviere

**Rick C. Louviere
Assistant Deputy Chief Probation Officer**

Dated:       March 30, 2011
             Fresno, California
             RCL

RE:   KIMBERLY J. RODRIGUEZ
Docket Number:   1:02MJ20760-001
**Request for Dismissal of Petition and Warrant**

### THE COURT ORDERS

[✓]  Vacate the Petition for probation violation and recall the warrant issued, pursuant to U.S. Vargas-Amaya.

3/30/11
Date

Jennifer L. Thurston
United States Magistrate Judge

cc:   United States Attorney's Office
      United States District Court Clerk's Office
      United States Marshals Service